# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 24-MJ-04040-RJD |
| | ) | |
| **YAROSLAV VISHNEVSKI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR DETENTION

NOW COMES the United States of America, by and through its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Casey E. A. Bloodworth, Assistant United States Attorney, and pursuant to the provisions of Title 18, United States Code, Section 3142, moves for the detention of the Defendant pending trial. In support of this motion, it is stated:

( )   The United States asserts that the Defendant is a flight risk and no conditions or combination of conditions will assure the appearance of the Defendant for all proceedings in this case.

(X)   The United States asserts that the Defendant is a danger to the community.

( )   The United States asserts that the Defendant is, or was at the time the offense was committed, on release pending trial for a felony, or on release pending imposition of execution of sentence (or appeal therefrom) or on probation or parole for any offense, all under Federal, State, or local law, or that the Defendant is not a citizen or lawfully admitted for permanent residence, and that the Defendant may flee or pose a danger to any other person or the community. Accordingly, the United States requests this Court to detain the Defendants for a period of not more than ten (10) days to permit notification to the proper court or official. Title 18, United States Code, Section 3142(d)(1).

( )   The United States asserts that there is probable cause to believe that the Defendant is subject to the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant or the safety of the community. Title 18, United States Code, Section 3142(e).

( )    The United States asserts that there is a serious risk that the Defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

WHEREFORE, the United States of America respectfully requests that this Honorable Court schedule a detention hearing and enter an Order directing that the Defendant be detained until trial or for whatever other relief may be proper, pursuant to Title 18, United States Code, Section 3142(e).

Respectfully submitted,

RACHELLE AUD CROWE
United States Attorney

**s/ Casey E. A. Bloodworth**
CASEY E. A. BLOODWORTH
Assistant United States Attorney
402 West Main Street
Benton, IL 62812
(618) 439-3808
Fax: (618) 439-2401
E-mail: Casey.Bloodworth@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I electronically filed the Government's

## MOTION FOR DETENTION

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Any registered participant

        Respectfully submitted,

        RACHELLE AUD CROWE
        United States Attorney

        **s/ Casey E. A. Bloodworth**
        Casey E. A. Bloodworth