RECEIVED
MAY 2 1 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 24-40027-JPG |
| v. | ) | |
| | ) | Title 26, United States Code, Sections |
| YAROSLAV VISHNEVSKI, | ) | 5841, 5861(d), 5861(f) and 5871 |
| | ) | Title 18, United States Code, Sections 922(l) |
| Defendant. | ) | and 922(k) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

#### RECEIPT OR POSSESSION OF UNREGISTERED FIREARM

On or about May 2, 2024, in Saline County, Illinois, within the Southern District of Illinois, the defendant

**YAROSLAV VISHNEVSKI**

knowingly received or possessed a firearm as defined in Title 26, United States Code, Section 5845(a)(3), being a rifle having a barrel of less than 16 inches, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT 2

#### MANUFACTURING NFA WEAPON WITHOUT PAYING SPECIAL OCCUPANCY TAX

On or about May 2, 2024, in Saline County, Illinois, within the Southern District of Illinois, the defendant

**YAROSLAV VISHNEVSKI**

did knowingly manufacture and possess a firearm, being a rifle having a barrel of less than 16 inches, without previously paying a special occupancy tax and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(f), and 5871.

### COUNT 3
### RECEIPT OR POSSESSION OF UNREGISTERED FIREARM

On or about May 2, 2024, in Saline County, Illinois, within the Southern District of Illinois, the defendant

### YAROSLAV VISHNEVSKI

knowingly received or possessed a firearm as defined in Title 26, United States Code, Section 5845(a)(3), being a shotgun having a barrel of less than 18 inches, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT 4
### RECEIPT OR POSSESSION OF UNREGISTERED FIREARM

On or about May 2, 2024, in Saline County, Illinois, within the Southern District of Illinois, the defendant

### YAROSLAV VISHNEVSKI

knowingly received or possessed a firearm as defined in Title 26, United States Code, Section 5845(a)(3), being a silencer, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT 5
### ILLEGAL IMPORTATION OF A FIREARM

On or about May 2, 2024, in Saline County, Illinois, within the Southern District of Illinois, the defendant

### YAROSLAV VISHNEVSKI

knowingly, and without authorization from the Attorney General as provided in Title 18, United States Code, Section 925(d), imported and brought into the United States a firearm, that is, a silencer, in violation of Title 18, United States Code, Sections 922(l) and 924(a)(1)(C).

### COUNT 6
### POSSESSION OF FIREARM WITH OBLITERATED SERIAL NUMBER

On or about May 2, 2024, in Saline County, Illinois, within the Southern District of Illinois, the defendant

### YAROSLAV VISHNEVSKI

knowingly possessed a firearm, being an Atlas Arms (GFORCE), model G-Force ON-01, 12 Guage short-barreled shotgun, that had been shipped and transported in interstate or foreign commerce, from which the manufacturer's or importer's serial number had been removed, altered and obliterated, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

### FIREARM FORFEITURE ALLEGATION

1. The allegations contained in Count 1 though 4 above are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offense in violation of Title 26, United States Code, Section 5861(d), the defendant

### YAROSLAV VISHNEVSKI

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm involved or used in the knowing commission of the offense, including, but not limited to:

A Glock, model 19X, 9mm SBR, serial number BXHD354;
A PMF, model AR-9 style, 9mm SBR;
A PMF, model AR-15 style, .300 BLK SBR

all pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

3. The allegations contained in Count 5 through 6 above are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

4. Upon conviction of the above offense in violation of Title 18, United States Code, Section 922(l) and 922(k), the defendant

### YAROSLAV VISHNEVSKI

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and and Title 28, United States Code, Section 2461(c), any firearm involved or used in the knowing commission of the offense, including, but not limited to:

An Atlas Arms (GFORCE), model GForce ON-01, 12 Guage short-barreled shotgun with an obliterated serial number, and all ammunition contained therein;

all pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

*Rachelle A. Crowe*
RACHELLE AUD CROWE
United States Attorney

*Casey Bloodworth*
CASEY E. A. BLOODWORTH
Assistant United States Attorney