UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 24-cr-40027-JPG |
| YAROSLAV VISHNEVSKI, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This case is before the Court on Defendant Yaroslav Vishnevski's Motion to Modify Conditions of Pretrial Release (Doc. 90). Defendant asks the Court to make two modifications to the terms of his pretrial release. First, he seeks a modification of the current terms of release to allow pretrial services to approve leave requests on an individual basis for verifiable job search activities and employment. Second, he seeks permission to leave his residence on Wednesdays from 12:00 PM to 8:00 PM and Saturdays from 12:00 PM to 8:00 PM, limited to a radius of 10 miles from his present residence, to engage in socialization and general leisure activities with friends and family. The Court GRANTS the motion to the extent it asks to modify the conditions of release to allow pretrial services to approve leave requests on an individual basis for verifiable job search activities and employment. It DENIES the motion to the extent it seeks to modify the conditions of release to allow Defendant to leave his residence to engage in socialization and general leisure activities.

**IT IS SO ORDERED.**
**DATED**:  November 21, 2025

                                                        s/ J. Phil Gilbert
                                                        **J. PHIL GILBERT**
                                                        **United States District Judge**